**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02917-REB-BNB

SANDRA K. KRIENKE,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP subsidiary of BANK OF AMERICA
CORPORATION/COUNTRYWIDE HOME LOANS SERVICING, LP;
CASTLE MEINHOLD & STAWIARSKI, LLC, SUCCESSOR AND ASSIGNS;
SUZIE VELASQUEZ, PUBLIC TRUSTEE for WELD COUNTY as Trustee;
TIMOTHY F. GEITHNER, SECRETARY OF THE TREASURY, UNITED STATES; and
ERIC H. HOLDER, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN;

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter comes before the Court on the plaintiff's **Notice of Dismissal of Petition To Set Aside Foreclosure Sale, Cancel Note and Deed of Trust, Claim in Recoupment, Money Damages and Quiet Title Against All Known Defendants** [#7] filed December 17, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal of Petition To Set Aside Foreclosure Sale, Cancel Note and Deed of Trust, Claim in Recoupment, Money Damages and Quiet Title Against All Known Defendants** [#7] filed December 17, 2009, is **APPROVED**;

    2. That defendant BAC Home Loans Servicing, LP's **Motion To Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [#5] filed December 18, 2009, is **DENIED AS MOOT**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated February 9, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge